# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3143**            **September Term, 2023**

                                                    1:22-cr-00096-CKK-1
                                                    1:22-cr-00096-CKK-8
                                                  1:22-cr-00096-CKK-10

**Filed On: September 27, 2023**

United States of America,

        Appellee

   v.

Lauren Handy,

        Appellant

------------------------------

Consolidated with 23-3146, 23-3147

---

**No. 23-3156**

                                                    1:22-cr-00096-CKK-5

United States of America,

        Appellee

   v.

Jean Marshall,

        Appellant

United States of America,

      Appellee

    v.

Jonathan Darnel,

      Appellant

## O R D E R

Upon consideration of the amended motion to consolidate No. 23-3158 with No. 23-3143, et al., and appellant Darnel's notice of intention to join the memorandum of law and fact to be filed in No. 23-3143, et al., on October 2, 2023, it is

**ORDERED** that the motion to consolidate be granted and No. 23-3158 be consolidated with No. 23-3143, et al. It is

**FURTHER ORDERED**, on the court's own motion, that No. 23-3156 be consolidated with No. 23-3143, et al. Appellant Marshall is directed to comply with the schedule for memoranda of law and fact entered on September 15, 2023 in No. 23-3143, et al.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                             **By:**     /s/
                                                 Scott H. Atchue
                                                 Deputy Clerk