IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES, | )<br>)<br>) |
| v. | ) Crim. No.23-3146<br>) |
| HERB GERAGHTY<br>Alexandria Adult Detention Center<br>2001 Mill Road<br>Alexandria, VA 22314,<br>    Defendant/Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please note the appearance of undersigned as retained counsel for Defendant/Appellant Herb Geraghty.

                                                                                               Respectfully Submitted,

                                                                                                HERB GERAGHTY
                                                                                                By Counsel
                                                                                                _____/s/_____
                                                                                                John C. Kiyonaga

                                                                                                510 King Street, Ste. 400
                                                                                                Alexandria, Virginia 22314
                                                                                                Telephone: (703) 739-0009
                                                                                                Facsimile: (703) 836-4285
                                                                                                E-mail: john@johnckiyonagaa.com

                                                                                                Counsel for Defendant/Appellant

Certificate of Electronic Service

I hereby certify that on October 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.
                                                                                               _____/s/_____
                                                                                               John C. Kiyonaga